ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Skanska USA Building, Inc. | ) ASBCA No. 62430 |
| | ) |
| Under Contract No. W912DR-13-C-0002 | ) |

APPEARANCE FOR THE APPELLANT:          Kevin M. Tracy, Esq.
                                                                            McNamee Hosea, P.A.
                                                                            Annapolis, MD

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
                                                                            Engineer Chief Trial Attorney
                                                                         Martin Chu, Esq.
                                                                            Engineer Trial Attorney
                                                                            U.S. Army Engineer District, Baltimore

ORDER OF DISMISSAL

In accordance with the parties' joint stipulation dated February 8, 2022, this appeal is dismissed with prejudice.

Dated:  February 8, 2022

LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62430, Appeal of Skanska USA Building, Inc., rendered in conformance with the Board's Charter.

Dated:  February 8, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals